**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Onorati Construction Co., Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-3371055** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **111 Cornelia Street** <br> **Boonton, NJ 07005** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Morris** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor   **Onorati Construction Co., Inc.**                                    Case number (*if known*)
         Name

---

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

---

Debtor   **Onorati Construction Co., Inc.**                                    Case number (*if known*) _____

   Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Onorati Construction Co., Inc.**                                    Case number (*if known*)
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Onorati Construction Co., Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2023**
MM / DD / YYYY

**X /s/ Paul S. Onorati**                                     **Paul S. Onorati**
Signature of authorized representative of debtor                Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ Anthony Sodono, III**                     Date **June 21, 2023**
Signature of attorney for debtor                           MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone    **973-622-1800**        Email address    **asodono@msbnj.com**

**007631990 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Onorati Construction Co., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2023**      X **/s/ Paul S. Onorati**
                                       Signature of individual signing on behalf of debtor

                                        **Paul S. Onorati**
                                        Printed name

                                         **President**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Onorati Construction Co., Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Weldon Materials, Inc.** c/o Damian A. Scialabba, Esq. Mongello & Scialabba, L.L.C. 473 Wheeler Road North Brunswick, NJ 08902 | | **Trade debt** | **Contingent Unliquidated Disputed** | | | $385,236.47 |
| **Operating Engineer Local825 Benefit Fund** c/o Vipin Varghese, Esq. DeCotiis FitzPatrick Cole Giblin 61 South Paramus Road, Ste. 250 Paramus, NJ 07652 | | **Lawsuit** | **Disputed** | | | $232,833.00 |
| **Onorati, Alfred** 9 Prospect St. Mendham, NJ 07945 | | **Corporate buyout** | | | | $221,466.00 |
| **Z-Tech Contracting LLC** c/o Freeman Mathis & Gary, LLP 1037 Raymond Blvd., Ste. 910 Newark, NJ 07102 | | **Subcontractor for project for Twp. of Fairfield** | **Contingent Unliquidated Disputed Subject to Setoff** | | | $148,302.38 |
| **Trustees, B.A.C. Local 4 Pension et al** c.o Maura S. Moosnick, Esq. Virginia & Ambinder LLP 50 Broad St., 7th Fl. New York, NY 10004 | | **Civ. Docket No. 2:22-cv-06405-KM-LDW** | | | | $146,593.00 |

| Debtor | **Onorati Construction Co., Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stavola Asphalt Co & Stavola Constructio c/o Edward J. Kelleher, Esq. Archer & Greiner, P.C. 1025 Laurel Oak Road Voorhees, NJ 08043** | | **Trade debt** | | | | $134,768.57 |
| **New Jersey, Division of Taxation Compliance/Enforcement - Bankruptcy Unit 3 John Fitch Way, 5th Fl. PO Box 245 Trenton, NJ 08695-0245** | | **NJ Sales & Use Tax for Q3/2021, Q4/2021, and 2022; payments have been made** | **Disputed** | | | $134,088.00 |
| **Eco Crete LLC 1866 Route 35 South Amboy, NJ 08879** | | **Trade debt** | | | | $112,064.00 |
| **M&T Bank 62-64 Main Street Millburn, NJ 07041** | | **Line of Credit** | | | | $99,998.30 |
| **Foley-Caterpillar 855 Centennial Avenue Piscataway, NJ 08854** | | **1999 CAT AP-1055 Paver** | | $120,732.00 | $45,000.00 | $75,732.00 |
| **Road Safety Systems 12 Park Drive Shamong, NJ 08088** | | **Trade debt** | | | | $52,001.00 |
| **E. Andre Construction Services, Inc. 223 Williams Street, Ste. 2A South River, NJ 08882** | | **Trade debt** | | | | $40,000.00 |
| **Brent Material Company 325 Columbia Turnpike, Ste. 308 Florham Park, NJ 07932** | | **Trade debt** | | | | $36,486.83 |

| Debtor | **Onorati Construction Co., Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A. Onorati Residential Paving, LLC 9 Prospect Street Mendham, NJ 07945 | | Trade debt | | | | $35,009.00 |
| Eastern Concrete 250 Pehle Avenue, Ste. 503 Saddle Brook, NJ 07663 | | Trade debt | | | | $34,316.00 |
| Industrial Finance, Inc. 188 Lafayette Avenue Hawthorne, NJ 07506 | | Misc. machinery | | $19,403.00 | $0.00 | $19,403.00 |
| Foley 855 Centennial Avenue Piscataway, NJ 08854 | | Trade debt | | | | $11,409.96 |
| Trif & Modugno 89 Headquarters Plaza North Tower, Ste. 1201 Morristown, NJ 07960 | | Legal Fees | | | | $8,440.00 |
| Hiler Trucking, LLC 33 Cobb Street Rockaway, NJ 07866 | | Trade debt | | | | $8,435.00 |
| County Concrete Corp. 145 Ridgedate Ave. Morristown, NJ 07960 | | Trade debt | | | | $5,525.00 |

**Fill in this information to identify the case:**

Debtor name **Onorati Construction Co., Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................... $     **45,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................. $     **2,043,273.45**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................... $     **2,088,273.45**

| Part 2: | Summary of Liabilities |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **2,687,528.27**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **134,088.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **1,720,735.37**

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b              $     **4,542,351.64**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Onorati Construction Co., Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **M&T Bank** | **Business Checking** | **6344** | **$95,804.67** |
| 3.2. | **M&T Bank** | **Business Checking** | **7151** | **$472.00** |
| 3.3. | **M&T Bank** | **Business Checking** | **9083** | **$23,513.17** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    | **$119,789.84** |

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

Debtor    __Onorati Construction Co., Inc._____    Case number *(If known)* _____
      Name

**Grove Associates**
**50 US 46**
**Parsippany, NJ 07054**
7.1.    **Funds for signed/approved construction projects.** _____    $58,421.61

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    | $58,421.61 |

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **205,155.13**    -    **0.00**  = ....    $205,155.13
             face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    **403,043.76**    -    **0.00**  = ....    $403,043.76
             face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | $608,198.89 |

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor   **Onorati Construction Co., Inc.**                                          Case number *(If known)* _____
         <sub>Name</sub>

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Miscellaneous furniture and fixtures** | $0.00 | | $8,381.00 |
| 40. **Office fixtures**<br>**Miscellaneous office fixtures** | $0.00 | | $6,619.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Miscellaneous** | $0.00 | | $15,800.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**

       Add lines 39 through 42.  Copy the total to line 86.                                            $30,800.00

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

       ■ No
       ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 8:**      **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Miscellaneous vehicles (11) (see attached schedule)** | $0.00 | | $267,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. **Miscellaneous trailers (8) (see attached schedule)** | $0.00 | | $109,000.00 |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor   **Onorati Construction Co., Inc.**                                   Case number *(If known)*
Name

| | | |
|---|---|---|
| **Miscellaneous machinery and equipment (13) (see attached schedule)** | $0.00 | $637,300.00 |

51.   **Total of Part 8.**                                                                    $1,013,300.00
Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:       Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Garrett Heights Condo Assoc. c/o Taylor Management Co. 80 S. Jefferson Road, 2nd Fl. Whippany, NJ** | **Deposit for signed/approved construction projects (scheduled in Sept.)** | $0.00 | | $45,000.00 |

56.   **Total of Part 9.**                                                                    $45,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:       Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

Debtor    **Onorati Construction Co., Inc.**                                    Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** **Corporate Domain and Website: www.onoraticonstruction.com** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Corporate database of client records including project information and contact information of previouse clients** | **Unknown** | | **Unknown** |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Debtor    **Onorati Construction Co., Inc.**                                    Case number *(If known)* _____
          _____
          Name

**Potential cause of action against general contractor,
Z-Tech, for breach of subcontractor agreement dated
12/17/2021 for projecty at Hollywood Park Fairfield, NJ;
claim submitted for $212,763.11.**                                                                    **$212,763.11**

| Nature of claim | **Breach of contract** |
|---|---|
| Amount requested | **$212,763.11** |

---

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

78. **Total of Part 11.**                                                          |  **$212,763.11**  |

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Onorati Construction Co., Inc.**                                        Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $119,789.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $58,421.61 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $608,198.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,013,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $45,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $212,763.11 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,043,273.45 | + 91b. $45,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,088,273.45 |

## ONORATI CONSTRUCTION CO., INC.

### Attachment to Schedule A/B:  Assets – Real and Personal Property

No. 11(a) Accounts receivable – 90 days or less

No. 11(b) Accounts receivable – over 90 days

No. 47 Automobiles, vans, etc.

No. 48 Watercraft, trailers, motors, and related accessories

## Onorati Construction Co., Inc.
### A/R Aging Summary
#### As of June 20, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| 5000- Residential Sector | | | | | | 0.00 |
| Carmelo DiMaggio | | | 8,000.00 | | | 8,000.00 |
| Tom Liotta | | 1,200.00 | | | | 1,200.00 |
| Victoria Jacks | | 11,965.27 | | | | 11,965.27 |
| Total 5000- Residential Sector | $ 0.00 | $ 13,165.27 | $ 8,000.00 | $ 0.00 | $ 0.00 | $ 21,165.27 |
| Borough Of Essex Fells | | | | | | 0.00 |
| 4794- 2021 Road Improvement Program | | | | | 6,091.71 | 6,091.71 |
| Total Borough Of Essex Fells | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 6,091.71 | $ 6,091.71 |
| Borough of Fort Lee | | | | | | 0.00 |
| 4812- Valley St. & Hazlitt Avenue | | | | | 0.00 | 0.00 |
| Total Borough of Fort Lee | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Claremont Peconic LLC | | | | | | 0.00 |
| 4822- Resurfacing 35 O'Brien St Kearny | | | | | 25.00 | 25.00 |
| 4842- Improvements to 43 Stults | 19,630.90 | 7,964.35 | | | | 27,595.25 |
| 4854- Concrete Truck Pad at 1000 Jefferson | 96,314.80 | | | | | 96,314.80 |
| Total Claremont Peconic LLC | $ 115,945.70 | $ 7,964.35 | $ 0.00 | $ 0.00 | $ 25.00 | $ 123,935.05 |
| Cushman & Wakefield | | | | | | 0.00 |
| 180Passaic - Mill & Pave Fairfield | | | | | 0.00 | 0.00 |
| Total Cushman & Wakefield | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Grove Associates | | | | | | 0.00 |
| 4848- Milling and Paving at Rutgers Village | | | | 58,421.61 | | 58,421.61 |
| Total Grove Associates | $ 0.00 | $ 0.00 | $ 0.00 | $ 58,421.61 | $ 0.00 | $ 58,421.61 |
| Mersen | | 950.00 | | | | 950.00 |
| Rick Casario | | | | | 938.30 | 938.30 |
| The Community Church of Mt. Lakes | | 708.20 | | | | 708.20 |
| Township of Harrison | | | | | | 0.00 |
| 4810- 2021 Roadway Resurfacing | | | | | 8,665.30 | 8,665.30 |
| Total Township of Harrison | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 8,665.30 | $ 8,665.30 |
| Township of Kingwood | | | | | | 0.00 |
| J4807- Warsaw Road Phase 1 & 2 Overlay | | | | | 5,712.54 | 5,712.54 |
| Total Township of Kingwood | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 5,712.54 | $ 5,712.54 |
| Z-Tech Contracting,LLC | | | | | | 0.00 |
| 4806 Hollywood Park Improvements | | | | | 382,610.91 | 382,610.91 |
| Total Z-Tech Contracting,LLC | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 382,610.91 | $ 382,610.91 |
| TOTAL | $ 115,945.70 | $ 22,787.82 | $ 8,000.00 | $ 58,421.61 | $ 404,043.76 | $ 609,198.89 |

**Onorati Construction Vehicles/Equipment/Trailers**

| | | | | Vehicles | | |
|---|---|---|---|---|---|---|
| Year | Make | Model | VIN | Net Book Value | Current Value | Status |
| 2022 | Ram | 2500 | 3C6TR5EJ2NG154429 | $ 65,000.00 | $ 53,000.00 | Current |
| 2021 | Ram | 1500 | 1C6RRFBG8MN620394 | $ 43,000.00 | $ 28,000.00 | Current |
| 2019 | Chevrolet | Silverado 1500 | 3GCPYBEH9KG131217 | $ 40,000.00 | $ 16,000.00 | Current |
| 2017 | Ford | F-350 | 1FDRF3G67HEC82441 | $ 49,500.00 | $ 30,000.00 | Current |
| 2015 | Chevrolet | Silverado 2500 | 1GB4CYGZFF544626 | $ 43,000.00 | $ 30,000.00 | Paid |
| 2006 | Chevrolet | Silverado 2500 | 1GCHK29D86E186168 | $ 29,000.00 | $ 12,000.00 | Paid |
| 1993 | Mack | RD Single (Truck 39) | 1M2P260Y7PM013280 | $ 35,000.00 | $ 22,000.00 | Paid |
| 1987 | Mack | RD Tractor (Truck 41) | 1M2N187Y3HA019253 | $ 37,000.00 | $ 37,000.00 | Paid |
| 1987 | Mack | RD688S (Truck 35) | 1M2P134C1HA011771 | $ 32,000.00 | $ 15,000.00 | Paid |
| 1986 | Mack | RD600 (Truck 43) | 1M2N161C6GAO90110 | $ 23,000.00 | $ 14,000.00 | Paid |
| 1984 | Mack | RD600 Water Tank | 1M2P139C3EA011162 | $ 12,000.00 | $ 10,000.00 | Paid |
| | | | | $ 408,500.00 | $ 267,000.00 | |

| | | | | Equipment | | |
|---|---|---|---|---|---|---|
| Year | Make | Model | VIN | Net Book Value | Current Value | Status |
| 1999 | CAT | AP-1055 Paver | N/A | $ 222,000.00 | $ 45,000.00 | Paid- 120k Dealer Repair Note E |
| 2004 | CAT | CB334D Roller | N/A | $ 47,420.00 | $ 18,000.00 | Paid |
| 2005 | CAT | CB534D Roller | N/A | $ 35,000.00 | $ 22,000.00 | Paid |
| 2002 | CAT | 430DIT Backhoe | N/A | $ 88,000.00 | $ 30,000.00 | Paid |
| 2013 | CAT | PC206 Cold Planer | N/A | $ 18,000.00 | $ 12,000.00 | Paid |
| 2012 | CAT | 272 Skid Steer | N/A | $ 40,000.00 | $ 26,000.00 | Paid |
| 2016 | CAT | 299DXHP Skid Steer | N/A | $ 100,500.00 | $ 55,000.00 | Paid |
| 2017 | CAT | 308 Excavator | N/A | $ 65,000.00 | $ 40,000.00 | Paid |
| 2019 | CAT | CB24 Roller | N/A | $ 51,600.00 | $ 38,000.00 | Paid |
| 2019 | Wacker | RD12A Roller | N/A | $ 16,500.00 | $ 12,000.00 | Paid |
| 2020 | Mti | 4000 Psi Pressure Washer | N/A | $ 6,200.00 | $ 5,800.00 | Paid |
| 2017 | CAT | PM622 Milling Machine | N/A | $ 550,050.00 | $ 330,000.00 | Current |
| 2005 | CAT | Broom Attachments | N/A | $ 5,500.00 | $ 3,500.00 | Paid |
| | | | | $ 1,245,770.00 | $ 637,300.00 | |

| | | | | Trailers | | |
|---|---|---|---|---|---|---|
| Year | Make | Model | VIN | Net Book Value | Current Value | Status |
| 2019 | CAM | Superline | 5JWCA142XKP071304 | $ 8,500.00 | $ 7,000.00 | Paid |
| 2008 | CRO | Trailer | 431FS 16288 10004 00 | $ 6,000.00 | $ 3,000.00 | Paid |
| 2000 | Trailboss | 10 TN Trailer | 4S0DP2523Y10000337 | $ 20,000.00 | $ 14,000.00 | Paid |
| 2000 | Trailboss | 10 TN Trailer | 4S0DP2525Y10000338 | $ 20,000.00 | $ 14,000.00 | Paid |
| 1996 | Trailboss | 22 TN Trailer | 1T9DP2525T1118850 | $ 32,000.00 | $ 18,000.00 | Paid |
| 1993 | Rogers | 50 TN Trailer | N/A | $ 15,000.00 | $ 30,000.00 | Paid |
| 1987 | Eager Beaver | Trailer | 1120AP205HS040094 | $ 20,000.00 | $ 14,000.00 | Paid |
| 1965 | Garwood | Dump Trailer | 2 ES2SD74516 | $ 15,000.00 | $ 9,000.00 | Paid |
| | | | | $ 136,500.00 | $ 109,000.00 | |

**Fill in this information to identify the case:**

Debtor name __**Onorati Construction Co., Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Accredited Surety & Casualty Company Inc**
Creditor's Name

**4798 New Broad Street, Ste. 200**
**Orlando, FL 32814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien**

**Describe the lien**
**UCC-1 Financing Statement No. 54248601**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **Unknown**
Value of collateral: **$0.00**

---

**2.2 Ally Auto**
Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4878**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2022 RAM 2500 Pickup**

**Describe the lien**
**Automobile Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$49,860.00**
Value of collateral: **$53,000.00**

---

Debtor  **Onorati Construction Co., Inc.**
_____
Name

Case number (if known)  _____

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bondex Insurance Company** | Describe debtor's property that is subject to a lien | **$5,938.00** | **Unknown** |

Creditor's Name

**30A Vreeland Road, Ste. 120**
**Florham Park, NJ 07932**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☐ **No**
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CAT Financial** | Describe debtor's property that is subject to a lien | **$202,576.21** | **$330,000.00** |

Creditor's Name

Describe debtor's property that is subject to a lien
**2017 CAT PM622 Milling Machine**

**2120 West End Avenue**
**Nashville, TN 37203**
Creditor's mailing address

Describe the lien
**Loan**

Is the creditor an insider or related party?
☐ **No**
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/06/2020**

**Last 4 digits of account number**
**8505**

**Do multiple creditors have an interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CFS (Cashfund) CAP, LLC** | Describe debtor's property that is subject to a lien | **$127,300.00** | **Unknown** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Future sale proceeds**

**136 E. South Temple, Ste. 1400**
**Salt Lake City, UT 84111**
Creditor's mailing address

Describe the lien

---

Debtor    **Onorati Construction Co., Inc.**                          Case number (if known) _____
_____
Name

|  | **Is the creditor an insider or related party?** |
|---|---|
| _____ <br> Creditor's email address, if known | ■ No <br> ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
|  | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

**Last 4 digits of account number**
**8CC0**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated <br> ☐ Disputed |

---

| 2.6 | **Foley-Caterpillar** | **Describe debtor's property that is subject to a lien** | $120,732.00 | $45,000.00 |
|---|---|---|---|---|
|  | Creditor's Name | **1999 CAT AP-1055 Paver** | | |

**855 Centennial Avenue**
**Piscataway, NJ 08854**
Creditor's mailing address

**Describe the lien**
**Equipment repair note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/6/2021**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated <br> ☐ Disputed |

---

| 2.7 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | $5,824.62 | $30,000.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2017 Ford F-350** | | |

**One American Road**
**Dearborn, MI 48126**
Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/20/2018**

**Last 4 digits of account number**
**4932**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated <br> ☐ Disputed |

---

Debtor   **Onorati Construction Co., Inc.**
_____
Name

Case number (if known) _____

| 2.8 | **GM Financial** | Describe debtor's property that is subject to a lien | **$56,526.58** | **$62,295.58** |

Creditor's Name

**801 Cherry Street, Ste. 3900
Fort Worth, TX 76102**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
5/20/2023**

**Last 4 digits of account number
1253**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2023 Chevrolet 1500 Pickup**

**Describe the lien
Auto lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Industrial Finance, Inc.** | Describe debtor's property that is subject to a lien | **$19,403.00** | **$0.00** |

Creditor's Name

**188 Lafayette Avenue
Hawthorne, NJ 07506**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Misc. machinery**

**Describe the lien
Loan for buyout**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | **$2,099,367.86** | **Unknown** |

Creditor's Name

**North 20th Street, Ste. 320
Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
12/2021**

**Last 4 digits of account number**

**Blanket lien**

**Describe the lien
EIDL Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor   **Onorati Construction Co., Inc.**                                        Case number (if known) _____
         Name

**8207**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $2,687,528.27 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bondex Insurance Company**<br>**30A Vreeland Road, Ste. 120**<br>**Florham Park, NJ 07932** | Line __2.1__ |  |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line __2.4__ |  |
| **Todd Henderson, Esq.**<br>**U.S. Small Business Administration**<br>**NJ District Office**<br>**Two Gateway Center, Ste. 1002**<br>**Newark, NJ 07102** | Line __2.10__ |  |

**Fill in this information to identify the case:**

Debtor name    **Onorati Construction Co., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**2.1**

Priority creditor's name and mailing address

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**   Priority amount **$0.00**

**2.2**

Priority creditor's name and mailing address

**New Jersey Department of Labor**
**Div. of Employer Accts.**
**1 John Fitch Plaza**
**PO Box 379**
**Trenton, NJ 08625-0379**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**   Priority amount **$0.00**

| Debtor | **Onorati Construction Co., Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey, Dept. of Labor/Workforce Dev Div. of Unemployment/Disability Insur. Bankruptcy Unit 1 John Fitch Plaza, PO Box 951 Trenton, NJ 08611-0951**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134,088.00 | $134,088.00 |
|---|---|---|---|---|

**New Jersey, Division of Taxation Compliance/Enforcement - Bankruptcy Unit 3 John Fitch Way, 5th Fl. PO Box 245 Trenton, NJ 08695-0245**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

**2021 and 2022**

Basis for the claim:
**NJ Sales & Use Tax for Q3/2021, Q4/2021, and 2022; payments have been made**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,009.00 |
|---|---|---|---|

**A. Onorati Residential Paving, LLC 9 Prospect Street Mendham, NJ 07945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,486.83 |
|---|---|---|---|

**Brent Material Company 325 Columbia Turnpike, Ste. 308 Florham Park, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,923.36 |
|---|---|---|---|

**Chrysler Capital PO Box 660335 Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **6738**

Basis for the claim: **Auto lease for 2021 Ram 1500 Pickup**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Onorati Construction Co., Inc.**                                              Case number (if known) _____

Name

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,525.00** |
|---|---|---|---|

**County Concrete Corp.**
**145 Ridgedate Ave.**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**E. Andre Construction Services, Inc.**
**223 Williams Street, Ste. 2A**
**South River, NJ 08882**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,316.00** |
|---|---|---|---|

**Eastern Concrete**
**250 Pehle Avenue, Ste. 503**
**Saddle Brook, NJ 07663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112,064.00** |
|---|---|---|---|

**Eco Crete LLC**
**1866 Route 35**
**South Amboy, NJ 08879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,700.00** |
|---|---|---|---|

**Fanwood Crushed Stone Co.**
**141 Central Avenue**
**Westfield, NJ 07090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,409.96** |
|---|---|---|---|

**Foley**
**855 Centennial Avenue**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,435.00** |
|---|---|---|---|

**Hiler Trucking, LLC**
**33 Cobb Street**
**Rockaway, NJ 07866**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Onorati Construction Co., Inc.**                                    Case number (if known)
          _____
          Name

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99,998.30** |

**M&T Bank**
**62-64 Main Street**
**Millburn, NJ 07041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Line of Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$221,466.00** |

**Onorati, Alfred**
**9 Prospect St.**
**Mendham, NJ 07945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Corporate buyout__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$232,833.00** |

**Operating Engineer Local825 Benefit Fund**
**c/o Vipin Varghese, Esq.**
**DeCotiis FitzPatrick Cole Giblin**
**61 South Paramus Road, Ste. 250**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Lawsuit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$227.50** |

**RMG CPA, LLC**
**354 Eisenhower Parkway, Ste. 2950**
**Livingston, NJ 07039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,001.00** |

**Road Safety Systems**
**12 Park Drive**
**Shamong, NJ 08088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134,768.57** |

**Stavola Asphalt Co & Stavola Constructio**
**c/o Edward J. Kelleher, Esq.**
**Archer & Greiner, P.C.**
**1025 Laurel Oak Road**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,440.00** |

**Trif & Modugno**
**89 Headquarters Plaza**
**North Tower, Ste. 1201**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Legal Fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Onorati Construction Co., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,593.00 |
|---|---|---|---|

**Trustees, B.A.C. Local 4 Pension et al**
**c.o Maura S. Moosnick, Esq.**
**Virginia & Ambinder LLP**
**50 Broad St., 7th Fl.**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Civ. Docket No. 2:22-cv-06405-KM-LDW**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385,236.47 |
|---|---|---|---|

**Weldon Materials, Inc.**
**c/o Damian A. Scialabba, Esq.**
**Mongello & Scialabba, L.L.C.**
**473 Wheeler Road**
**North Brunswick, NJ 08902**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148,302.38 |
|---|---|---|---|

**Z-Tech Contracting LLC**
**c/o Freeman Mathis & Gary, LLP**
**1037 Raymond Blvd., Ste. 910**
**Newark, NJ 07102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Subcontractor for project for Twp. of Fairfield**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **John Martin Harras, Esq.**<br>**Bond, Schoeneck & King PLLC**<br>**600 Third Ave., 22nd Fl.**<br>**New York, NY 10016** | Line  **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Office of the Attorney General**<br>**New Jersey Attorney General's Office**<br>**Div. Law, Richard J Hughes Justice Compl**<br>**25 Market Street, PO Box 112**<br>**Trenton, NJ 08625-0112** | Line  **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Pioneer Credit Recovery**<br>**308 W. Route 38**<br>**Moorestown, NJ 08057** | Line  **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **United States Attorney**<br>**Peter Rodino Federal Building**<br>**970 Broad Street, Ste. 700**<br>**Newark, NJ 07102** | Line  **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **United States Attorney General**<br>**United States Department of Justice**<br>**Ben Franklin Station**<br>**PO Box 683**<br>**Washington, DC 20044** | Line  **2.1**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Onorati Construction Co., Inc.** | Case number (if known) | |
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $           134,088.00 |
| **5b. Total claims from Part 2** | 5b.   + | $        1,720,735.37 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $        1,854,823.37 |

| Fill in this information to identify the case: |
| --- |

Debtor name **Onorati Construction Co., Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease of garage for equipment storage at 19 Elcock Avenue, Boonton, NJ 07005; $1,600/mo.** |
| State the term remaining | **6 mos.** |
| List the contract number of any government contract | **19D Elcock Avenue LLC** **19D Elcock Avenue** **Boonton, NJ 07005** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2022 RAM 2500 Pickup; $1,305.87/mo.** |
| State the term remaining | **Exp. 01/17/2028** |
| List the contract number of any government contract | **Ally Auto** **PO Box 380901** **Minneapolis, MN 55438** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | **Merchant Agreement - dated 3/30/2023** |
| State the term remaining | |
| List the contract number of any government contract | **CFS (Cashfund) CAP, LLC** **136 E. South Temple, Ste. 1400** **Salt Lake City, UT 84111** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2021 RAM 1500 Pickup; $490.42/mo.** |
| State the term remaining | **Exp. 1/7/2024** |
| List the contract number of any government contract | **Chrysler Capital** **PO Box 660335** **Dallas, TX 75266** |

Debtor 1    **Onorati Construction Co., Inc.**                                      Case number *(if known)*
_____              _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2023 Chevrolet 1500 Pickup; $769/mo. for 39 mos.** | |
|---|---|---|---|
| | State the term remaining | | **GM Financial** |
| | List the contract number of any government contract | | **801 Cherry Street, Ste. 3900** |
| | | | **Fort Worth, TX 76102** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Canon Copier C5535i; monthly payments based on usage** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/7/2025** | **Horizon Business Systems** |
| | List the contract number of any government contract | | **37 Gravel Hill Road** |
| | | | **Monroe Township, NJ 08831** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of corporate office at 111 Cornelia Street, Boonton, NJ 07005; $1,950/mo.** | |
|---|---|---|---|
| | State the term remaining | **Exp. 12/31/2024** | **Rivas Holding Corp.** |
| | List the contract number of any government contract | | **109 Cornelia Street** |
| | | | **Boonton, NJ 07005** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of yard for equipment at 99 Fanny Road, Boonton, NJ 07005; $1,000/mo.** | |
|---|---|---|---|
| | State the term remaining | | **S. Onorati & Sons Inc.** |
| | List the contract number of any government contract | | **19D Elcock Avenue** |
| | | | **Boonton, NJ 07005** |

**Fill in this information to identify the case:**

Debtor name    **Onorati Construction Co., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Lisa Onorati** | **21 Towpath Road** <br> **Denville, NJ 07834** | **Accredited Surety & Casualty Company Inc** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Paul J. Onorati** | **21 Towpath Road** <br> **Denville, NJ 07834** | **M&T Bank** | ☐ D _____ <br> ■ E/F ___3.11___ <br> ☐ G _____ |
| 2.3  **Paul S. Onorati** | **21 Towpath Road** <br> **Denville, NJ 07834** | **U.S. Small Business Administration** | ■ D ___2.10___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4  **Paul S. Onorati** | **21 Towpath Road** <br> **Denville, NJ 07834** | **M&T Bank** | ☐ D _____ <br> ■ E/F ___3.11___ <br> ☐ G _____ |
| 2.5  **Paul S. Onorati** | **21 Towpath Road** <br> **Denville, NJ 07834** | **Accredited Surety & Casualty Company Inc** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Onorati Construction Co., Inc.**                                    Case number *(if known)* _____

■  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Paul S. Onorati**  **21 Towpath Road**  **Denville, NJ 07834** | **CFS (Cashfund) CAP, LLC** | ■ D __2.5__  ☐ E/F _____  ☐ G _____ |
| 2.7 | **Paul S. Onorati**  **21 Towpath Road**  **Denville, NJ 07834** | **CFS (Cashfund) CAP, LLC** | ☐ D _____  ☐ E/F _____  ■ G __2.3__ |

**Fill in this information to identify the case:**

Debtor name   **Onorati Construction Co., Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF NEW JERSEY**

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,019,000.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,331,293.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$4,382,008.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **Onorati Construction Co., Inc.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **Bobcat of North Jersey** | **from<br>3/18/2023** | **$6,648.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.2.** **ADP, LLC** | **from<br>3/18/2023** | **$7,493.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.3.** **V&V Line Striping, Inc.** | **from<br>3/18/2023** | **$9,280.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.4.** **Asphalt Care Equipment Inc.** | **from<br>3/18/2023** | **$12,095.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.5.** **Horizon** | **from<br>3/18/2023** | **$11,281.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| **3.6.** **Trap Rock Industries LLC** | **from<br>3/18/2023** | **$13,530.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.7.** **Hiler Trucking, LLC** | **from<br>3/18/2023** | **$35,512.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.8.** **United Fire Group** | **from<br>3/18/2023** | **$10,438.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Onorati Construction Co., Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Straight Edge Striping, LLC** | from<br>3/18/2023 | $22,315.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **NJ, Div. of Wage and Hour Compliance** | from<br>3/18/2023 | $68,049.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.11. **A. Onorati Residential Paving, LLC** | from<br>3/18/2023 | $24,656.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Dosch King Co., Inc.** | from<br>3/18/2023 | $7,220.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **E. Andre Construction Services, Inc.** | from<br>3/18/2023 | $101,485.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Tilcon** | from<br>3/18/2023 | $176,523.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount
   may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
   a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Onorati Construction Co., Inc.** _____    Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Z Tech Contracting LLC v. Onorati Construction Co., Inc.**<br>**Case No. 01-23-0001-3143** | **Contract** | **American Arbitration Association** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Trustees of the B.A.C. Local 4 Pension Fund, et al. v. Onorati Construction Co., Inc.**<br>**Civ. No. 2:22-cv-06405-KM-LDW** | **Labor - ERISA** | **US Dist. Court for the District of NJ**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **New Jersey, Division of Taxation**<br>**DJ056435-23** | **Tax Collection** | **Superior Court of NJ, Mercer County**<br>**Trenton** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Weldon Materials, Inc. v. Onorati Construction Co., Inc., et al.**<br>**Docket No. UNN-L-001620-23** | **Collection** | **Superior Court of NJ, Union County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Stavola Asphalt Company, Inc. & Stavola Construction Materials, Inc. v. Onorati Construction Co., Inc. and Onorati Group Inc.**<br>**Docket No. MON-L-001618-23** | **Contract** | **N.J. Superior Court, Monmouth County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Onorati Construction Co., Inc.**                                           Case number *(if known)*

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McManimon, Scotland & Baumann, LLC**<br>**75 Livingston Avenue**<br>**Second Floor**<br>**Roseland, NJ 07068** | **Attorney Fees** | **5/11/2023** | **$42,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

Debtor   **Onorati Construction Co., Inc.** _____     Case number *(if known)* _____

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Onorati Construction Co., Inc.** _____     Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Debtor | Onorati Construction Co., Inc. | Case number *(if known)* |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **RMG, CPA**<br>**354 Eisenhower Parkway**<br>**Livingston, NJ 07039** | **April 2020 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **RMG, CPA**<br>**354 Eisenhower Parkway**<br>**Livingston, NJ 07039** | **April 2020 to current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **RMG, CPA**<br>**354 Eisenhower Parkway**<br>**Livingston, NJ 07039** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Bondex Insurance Company**<br>**30A Vreeland Road**<br>**Florham Park, NJ 07932** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul S. Onorati** | **21 Towpath Road**<br>**Denville, NJ 07834** | **Owner & Ceo** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul J. Onorati** | **21 Towpath Road**<br>**Denville, NJ 07834** | **Estimator & Operations Manager** | **0** |

Debtor  **Onorati Construction Co., Inc.**
_____  Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Joseph Onorati | 21 Towpath Road Denville, NJ 07834 | Project Supervisor | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    **Onorati Construction Co., Inc.**

Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 21, 2023**

**/s/ Paul S. Onorati**
Signature of individual signing on behalf of the debtor

**Paul S. Onorati**
Printed name

Position or relationship to debtor   **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re **Onorati Construction Co., Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................... **McManimon, Scotland & Baumann, LLC ("MS&B"), will be paid for its fees and expenses as allowed by the Court upon the filing and approval of fee applications**

Prior to the filing of this statement I have received ................... **MS&B was paid a retainer in the amount of $42,000 ("Retainer") on behalf of the within Debtor.  Pre-petition MS&B received $22,858.00 for services and $2,413.00 as reimbursement for costs and the Ch. 11 filing fee.**

Balance Due ..........................................................................................

2.  The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**General representation of the Debtor in its Ch. 11 case as set forth in the application for retention of MS&B as counsel to the Debtor to be filed herein.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 21, 2023** _____        **/s/ Anthony Sodono, III** _____
*Date*                                           **Anthony Sodono, III**
                                                 *Signature of Attorney*
                                                 **McManimon, Scotland & Baumann, LLC**
                                                 **75 Livingston Avenue, Ste. 201**
                                                 **Roseland, NJ 07068**
                                                 **973-622-1800  Fax: 973-622-7333**
                                                 **asodono@msbnj.com** _____
                                                 *Name of law firm*

# United States Bankruptcy Court
### District of New Jersey

In re    **Onorati Construction Co., Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Paul S. Onorati<br>21 Towpath Road<br>Denville, NJ 07834** | | | **Sole Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 21, 2023**

Signature    **/s/ Paul S. Onorati**

**Paul S. Onorati**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

19D Elcock Avenue LLC
19D Elcock Avenue
Boonton, NJ 07005


A. Onorati Residential Paving, LLC
9 Prospect Street
Mendham, NJ 07945


Accredited Surety & Casualty Company Inc
4798 New Broad Street, Ste. 200
Orlando, FL 32814


Ally Auto
PO Box 380901
Minneapolis, MN 55438


Bondex Insurance Company
30A Vreeland Road, Ste. 120
Florham Park, NJ 07932


Brent Material Company
325 Columbia Turnpike, Ste. 308
Florham Park, NJ 07932


CAT Financial
2120 West End Avenue
Nashville, TN 37203


CFS (Cashfund) CAP, LLC
136 E. South Temple, Ste. 1400
Salt Lake City, UT 84111


Chrysler Capital
PO Box 660335
Dallas, TX 75266


County Concrete Corp.
145 Ridgedate Ave.
Morristown, NJ 07960


E. Andre Construction Services, Inc.
223 Williams Street, Ste. 2A
South River, NJ 08882

Eastern  Concrete
250  Pehle  Avenue,  Ste.  503
Saddle Brook, NJ 07663


Eco  Crete  LLC
1866  Route  35
South Amboy, NJ 08879


Fanwood  Crushed  Stone  Co.
141  Central  Avenue
Westfield, NJ 07090


Foley
855  Centennial  Avenue
Piscataway, NJ 08854


Foley-Caterpillar
855  Centennial  Avenue
Piscataway, NJ 08854


Ford  Credit
One  American  Road
Dearborn, MI 48126


GM  Financial
801  Cherry  Street,  Ste.  3900
Fort Worth, TX 76102


Hiler  Trucking,  LLC
33  Cobb  Street
Rockaway, NJ 07866


Horizon  Business  Systems
37  Gravel  Hill  Road
Monroe Township, NJ 08831


Industrial  Finance,  Inc.
188  Lafayette  Avenue
Hawthorne, NJ 07506


Internal  Revenue  Service
PO  Box  7346
Philadelphia, PA 19101-7346

John Martin Harras, Esq.
Bond, Schoeneck & King PLLC
600 Third Ave., 22nd Fl.
New York, NY 10016


Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


M&T Bank
62-64 Main Street
Millburn, NJ 07041


New Jersey Department of Labor
Div. of Emploeyr Accts.
1 John Fitch Plaza
PO Box 379
Trenton, NJ 08625-0379


New Jersey, Dept. of Labor/Workforce Dev
Div. of Unemployment/Disability Insur.
Bankruptcy Unit
1 John Fitch Plaza, PO Box 951
Trenton, NJ 08611-0951


New Jersey, Division of Taxation
Compliance/Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Fl.
PO Box 245
Trenton, NJ 08695-0245


Office of the Attorney General
New Jersey Attorney General's Office
Div. Law, Richard J Hughes Justice Compl
25 Market Street, PO Box 112
Trenton, NJ 08625-0112


Onorati, Alfred
9 Prospect St.
Mendham, NJ 07945


Operating Engineer Local825 Benefit Fund
c/o Vipin Varghese, Esq.
DeCotiis FitzPatrick Cole Giblin
61 South Paramus Road, Ste. 250
Paramus, NJ 07652

Paul S. Onorati
21 Towpath Road
Denville, NJ 07834


Pioneer Credit Recovery
308 W. Route 38
Moorestown, NJ 08057


Rivas Holding Corp.
109 Cornelia Street
Boonton, NJ 07005


RMG CPA, LLC
354 Eisenhower Parkway, Ste. 2950
Livingston, NJ 07039


Road Safety Systems
12 Park Drive
Shamong, NJ 08088


S. Onorati & Sons Inc.
19D Elcock Avenue
Boonton, NJ 07005


Stavola Asphalt Co & Stavola Constructio
c/o Edward J. Kelleher, Esq.
Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043


Todd Henderson, Esq.
U.S. Small Business Administration
NJ District Office
Two Gateway Center, Ste. 1002
Newark, NJ 07102


Trif & Modugno
89 Headquarters Plaza
North Tower, Ste. 1201
Morristown, NJ 07960


Trustees, B.A.C. Local 4 Pension et al
c.o Maura S. Moosnick, Esq.
Virginia & Ambinder LLP
50 Broad St., 7th Fl.
New York, NY 10004

U.S. Small Business Administration
North 20th Street, Ste. 320
Birmingham, AL 35203


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Weldon Materials, Inc.
c/o Damian A. Scialabba, Esq.
Mongello & Scialabba, L.L.C.
473 Wheeler Road
North Brunswick, NJ 08902


Z-Tech Contracting LLC
c/o Freeman Mathis & Gary, LLP
1037 Raymond Blvd., Ste. 910
Newark, NJ 07102

# United States Bankruptcy Court
### District of New Jersey

In re  **Onorati Construction Co., Inc.**                                    Case No.

                                                    Debtor(s)        Chapter    **11**


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Onorati Construction Co., Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


☑ None [*Check if applicable*]




**June  20, 2023**                                    **/s/Anthony Sodono, III**

Date                                            **Anthony Sodono, III**

                                        Signature of Attorney or Litigant

                                        Counsel for    **Onorati Construction Co., Inc.**

                                        **McManimon, Scotland & Baumann, LLC**

                                        **75 Livingston Avenue, Ste. 201**
                                        **Roseland, NJ 07068**
                                        **973-622-1800 Fax: 973-622-7333**
                                        **asodono@msbnj.com**